IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>G & S DRYWALL, INC.,<br><br>Defendant. | Case No. 17-cv-02786-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 28, 31 |

Before the Court is Magistrate Judge Elizabeth D. Laporte's Report and Recommendation, filed October 25, 2017, by which said Magistrate Judge recommends the Court grant plaintiffs' motion for default judgment. In response thereto, plaintiffs filed a request that the Court enter judgment in accordance with the Report and Recommendation; defendant, although served with the Report and Recommendation, did not file an objection or other response.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, plaintiffs' motion for default judgment is hereby GRANTED, and plaintiffs shall have judgment against defendant in the total amount of $212,244.46, comprising $200,631.64 in damages, along with $11,612.82 in attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: November 14, 2017

MAXINE M. CHESNEY
United States District Judge